**Order entered October 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01073-CR

**WARREN RAY PATTON, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 14-00353-422-F**

## ORDER

Appellant's motion to extend time to file a reply brief is **GRANTED**. The clerk is directed to file appellant's reply brief in this cause.

/s/      BILL WHITEHILL
         JUSTICE